**Order filed, April 24, 2020.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-20-00269-CR**
**14-20-00270-CR**
_____

**EX PARTE ANTONIO  FELAN JUNIOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73907, 73908**

---

## ORDER

The reporter's record in this case was due April 23, 2020.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Renee Rape and Jill Fredrichs, the court reporters, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Christopher, Wise and Zimmerer.